FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONYA RENEE E.,<br><br>             Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | NO: 1:22-CV-3062-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 13. Plaintiff Tonya Renee E.[1] is represented by attorney D. James Tree. The Commissioner of Social Security is represented by Special Assistant United States Attorney Joseph Langkamer.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 13**, is **GRANTED**. Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand the Commissioner will instruct the Administrative Law Judge ("ALJ") to offer the claimant the opportunity for a hearing; consider the medical opinions and prior administrative findings, consistent with 20 C.F.R. §§ 404.1520c and 416.920c; reevaluate the claimant's symptoms, consistent with 20 C.F.R. §§ 404.1529, 416.929, and SSR 16-3p; reevaluate the claimant's residual functional capacity, consistent with 20 C.F.R. §§ 404.1545, 416.945, and SSR 96-8p, and proceed with the sequential evaluation as necessary. *See* ECF Nos. 13 and 13-1.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** October 28, 2022.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Senior United States District Judge